No. 300, Misc. IN RE RASH. Motion for leave to file petition for writ of mandamus denied.

No. 301, Misc. SHOTKIN *v.* WESTINGHOUSE ELECTRIC & MANUFACTURING CO. ET AL. Application denied.

No. 308, Misc. PHILLIPS *v.* RAGEN, WARDEN. Motion of petitioner for leave to withdraw the motion for leave to file petition for writ of certiorari granted.

No. 311, Misc. ARMSTRONG *v.* HOWARD, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.

No. 319, Misc. GRIGSBY *v.* SWYGERT. Motion for leave to file petition for writ of mandamus denied.

No. 327, Misc. IN RE CANADIAN RIVER GAS CO. Motion for leave to file petition for writ of mandamus denied. *Dan Moody* and *Wales H. Madden* for petitioner.

No. 329, Misc. BURALL *v.* CLARK, ATTORNEY GENERAL. Petition for injunction denied.

No. 331, Misc. MOSS *v.* SWYGERT, DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied.

No. 334, Misc. IN RE MCADAM. Motion for leave to file petition for writ of habeas corpus denied.

No. 335, Misc. BONHAM *v.* RAGEN, WARDEN. Motion for leave to file petition for writ of certiorari denied.

*Certiorari Granted.*

No. 464. CLAYTON MARK & CO. ET AL. *v.* FEDERAL TRADE COMMISSION. C. A. 7th Cir. Certiorari granted.